# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**UNITED STATES**

**Plaintiff**

**CIVIL ACTION**

**NO. 05-10115-WGY**

**V.**

**DAVID W. SWANBERG**

**Defendant**

## NOTICE OF DEFAULT

Upon application of the Plaintiff, __UNITED STATES__ for an order of Default for failure of the Defendant, __DAVID W. SWANBERG__, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this __1__ day of __APRIL, 2005__ .

SARAH A. THORNTON
CLERK OF COURT

By: /s/ Elizabeth Smith

**Deputy Clerk**

**Notice mailed to:**
**AUSA**
**DAVID SWANBERG**

(Default Notice.wpd - 3/7/2005)